UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIRANJAN VALSALA PADMANABHAN,

                              Plaintiff,

               -against-                                    26-CV-173 (JGLC)

KRISTI NOEM, et al.,                                        **ORDER**

                              Defendants.

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated:  January 12, 2026
        White Plains, New York

                                             SO ORDERED.

                                             _____
                                             JESSICA G. L. CLARKE
                                             United States District Judge